FILED

01/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0254

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0254

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

   v.                            O R D E R

DAVID VINCENT STRACHAN,

      Defendant and Appellant.

_____

Pursuant to Appellant's motion for extension to of time to file his reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until January 20, 2023, to file his reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 5 2023